5315.0499

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| Andrii Vikobroda,; | ) | CASE NO:   23-05243 |
| | ) | Judge Donald R Cassling |
| Debtors | ) | Trustee: R. Scott Alsterda |

### NOTICE OF MOTION

To: Andrii Vikobroda,, 4219 N. Mason Ave Basement Apt, Chicago, IL  60634-

David Freydin
Via ECF Filing and
david.freydin@freydinlaw.com

Patrick Layng, US Trustee
Via ECF Filing

R. Scott Alsterda, Ch 7 Trustee
Via ECF Filing

Madison, Via email at
notice@madisonlawassociates.com

PLEASE TAKE NOTICE that on May 23, 2023 at 9:30 AM, via zoom at Meeting ID: 161 414 7941 Passcode: 619 or as soon as counsel may be heard, I shall appear before the Honorable Donald R Cassling or before such judge who may be sitting in his place, in Courtroom 619 in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois 60602, and shall then and there present a

### MOTION TO MODIFY THE AUTOMATIC STAY

a copy of which is attached and herewith served upon you. AT WHICH TIME AND PLACE you may appear if you so see fit.

_____
Sarah Holbrook, #6293018

MATHEIN & ROSTOKER, P.C.
662 WEST GRAND AVENUE
CHICAGO, ILLINOIS 60654
312/421-3038 ext. 213
ARDC # 6293018
sarah@mathein-rostoker.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing notice and attached pleadings were served upon the above-mentioned names and addresses listed by either mailing a true copy thereof or by Electronic Transmission by 5 p.m. on   5/1/2023

_____
Sarah Holbrook, #6293018

5315.0499

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| Andrii Vikobroda,; | ) | CASE NO:   23-05243 |
| | ) | Judge Donald R Cassling |
| Debtors | ) | Trustee: R. Scott Alsterda |

## MOTION TO MODIFY THE AUTOMATIC STAY

Creditor, State Farm Mutual Automobile Ins. Co., a/s/o: Cosimo Damico, through its attorney, MATHEIN & ROSTOKER, PC, move this Honorable Court for entry an Order modifying the automatic stay of Sections 362 of the Bankruptcy Code and in support thereof states:

1. The Debtor filed bankruptcy under Chapter 7 of the Bankruptcy Code on or about 04/21/2023, which is currently pending before this court.

2. On or about 03/23/20, the debtor was involved in an automobile collision with Stefania M. Damico, and Marvin Ortiz.

3. Debtor was fully insured and indemified by American Heartland Insurance Company for the 03/23/20 collision.

4. As a result of that collision, State Farm Mutual Automobile Ins. Co., a/s/o: (Stefania M. Damico, and Marvin Ortiz) , filed a subrogation action for property damage against the debtor in the Circuit Court of Cook County, Illinois, Court No. 20M1-15207, which seeks to recovery $11,362.89, plus costs.

5. Illinois law provides that a plaintiff in a state trial court may proceed against a debtor to the extent of any available insurance coverage and solely for the purposes of recovering from the debtor's insurance carrier. *In the Matter of Gladys E. Shondel*, 950 F.2d 1301 (7th Cir. 1991).

6.   State Farm Mutual Automobile Ins. Co., a/s/o: (Stefania M. Damico, and Marvin Ortiz), is only seeking to modify the automatic stay and injunction up to the debtor's insurance coverage limits under debtor's policy with American Heartland Insurance Company.

7.   No collection can be obtained against the debtor's insurance coverage limits due to Section 524 of the Bankruptcy Code unless this relief is granted.

WHEREFORE, Creditor, State Farm Mutual Automobile Ins. Co., a/s/o: (Stefania M. Damico, and Marvin Ortiz), prays this court enter an order modifying the automatic stay of 11 U.S.C. 362 of the Bankruptcy Code to permit State Farm Mutual Automobile Ins. Co., a/s/o: (Stefania M. Damico, and Marvin Ortiz), or its assigns to pursue its litigations currently pending state court case no. 20M1-15207 to the extent the extent of insurance coverage, to apply insurance proceeds, and that Bankruptcy Rule 4001(a)(3) is waived and not applicable, and or for such other and further relief as this Court may deem just and proper.

State Farm Mutual Automobile Ins. Co., a/s/o: (Stefania M. Damico, and Marvin Ortiz),

Sarah Holbrook, #6293018

MATHEIN & ROSTOKER, P.C.
662 WEST GRAND AVENUE 4th Floor
CHICAGO, ILLINOIS 60654
312/421-3038 ext. 213
ARDC # 6293018
sarah@mathein-rostoker.com
Attorneys for State Farm Mutual Automobile Ins. Co., a/s/o: (Stefania M. Damico, and Marvin Ortiz),